# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01346-RM-KLM

MIKE BOULTER,
BOULTER, LLC,
RALPH NIX PRODUCE, INC., and
BARCLAY FARMS, LLC, on behalf of themselves and classes of similarly situated persons,

      Plaintiffs,

v.

NOBLE ENERGY, INC., and
KERR-MCGEE OIL & GAS ONSHORE, LP,

      Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 47) by Judge Raymond P. Moore, entered October 4, 2021, it is

ORDERED that judgment is entered in favor of Defendants Noble Energy, Inc., and Kerr-McGee Oil & Gas Onshore, LP; and against Plaintiffs Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC. It is

FURTHER ORDERED that Plaintiffs' claims are dismissed without prejudice. It is

FURTHER ORDERED that this case is closed.

Dated this 29th day of October, 2021.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL

                                              By:   s/C. Pearson, Deputy Clerk